IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GEORGE NUNOO | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 21-2169 |
| | : | |
| KATHLEEN BAUSMAN, *et al.* | : | |

# ORDER

**AND NOW**, this 22nd day of February 2022, following our *de novo* review of a lawful permanent resident's Petition for review of a denial of his application for naturalization (ECF Doc. No. 1) during a bench trial in which we admitted exhibits and evaluated the credibility of trial testimony from the applicant, the immigration officer, and related evidence, and for reasons in the accompanying Memorandum, it is **ORDERED:**

1. Plaintiff's Petition (ECF Doc. No. 1) is **DENIED;**

2. We enter **JUDGMENT** in favor of Defendants and against Plaintiff; and,

3. The Clerk of Court shall **close** this case.

**KEARNEY, J.**